IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § § | Case No. 18-30648 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § | |

### NOTICE OF AGENDA OF <u>UNCONTESTED</u> MATTERS SET FOR HEARING ON MARCH 15, 2018 AT 11:00 A.M. (CENTRAL TIME)

The above-referenced debtors and debtors in possession (collectively, the "**Debtors**"), file their Agenda of Uncontested Matters Set for Hearing on March 15, 2018 at 11:00 a.m. (Central Time) before the Honorable David R. Jones at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 400, 515 Rusk Avenue, Houston, Texas 77002.

1. **Emergency Motion of Debtors for Interim and Final Orders Authorizing Payment of Prepetition Trade Claims in the Ordinary Course of Business (Docket No. 10)**

   <u>Status</u>: Interim Order entered at Docket No. 66. The objection deadline was March 8, 2018. No objections were filed. This matter is going forward.

   <u>Related Documents</u>:

   - Notice of Filing of Revised Proposed Final Order (Docket No. 183)

   - Declaration of G.M. McCarroll in Support of Debtors' Chapter 11 Petitions and Related Requests for Relief (Docket No. 42)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Holdings LLC (9264); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

2. **Emergency Motion of Debtors for Interim and Final Orders Authorizing (I) Debtors to Pay Prepetition Interest Owner Obligations, Joint Interest Billings, and Gathering, Transportation, Processing, and Related Costs and (II) Financial Institutions to Receive, Process, Honor, and Pay All Checks Presented for Payment and to Honor All Funds Transfer Requests Related to Such Obligations (Docket No. 16)**

   Status: Interim Order entered at Docket No. 70.  The objection deadline was March 8, 2018.  No objections were filed.  This matter is going forward.

   Related Documents:

   - Notice of Filing of Revised Proposed Final Order (Docket No. 188)
   - Declaration of G.M. McCarroll in Support of Debtors' Chapter 11 Petitions and Related Requests for Relief (Docket No. 42)

3. **Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Insurance Programs, Surety Bond Programs and Letters of Credit and (B) Pay All Obligations With Respect Thereto; (II) Granting Relief From Automatic Stay With Respect to Workers' Compensation Claims; and (III) Directing Financial Institutions to Honor and Pay All Related Checks Presented and Funds Transfer Requests (Docket No. 11)**

   Status: Interim Order entered at Docket No. 67.  The objection deadline was March 8, 2018.  No objections were filed.  This matter is going forward.

   Related Documents:

   - Notice of Filing of Revised Proposed Final Order (Docket No. 184)
   - Declaration of G.M. McCarroll in Support of Debtors' Chapter 11 Petitions and Related Requests for Relief (Docket No. 42)

4. **Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Assessments and (II) Authorizing Financial Institutions to Receive, Honor, Process and Pay All Checks Presented for Payment and to Honor All Funds Transfer Requests Related to Such Obligations (Docket No. 12)**

   Status: Interim Order entered at Docket No. 68.  The objection deadline was March 8, 2018.  No objections were filed.  This matter is going forward.

   Related Documents:

   - Notice of Filing of Revised Proposed Final Order (Docket No. 185)
   - Declaration of G.M. McCarroll in Support of Debtors' Chapter 11 Petitions and Related Requests for Relief (Docket No. 42)

5. **Emergency Motion of Debtors for (A) Interim and Final Orders Authorizing Debtors to (I) Continue Performing Under Their Prepetition Hedging Agreement, (II) Enter Into and Perform Under New Postpetition Hedging Agreements, (III) Grant Related Liens and Superpriority Claims, (B) Interim and Final Orders Modifying Automatic Stay, and (C) A Final Order Authorizing Debtors to Assume Prepetition Hedging Agreement (Docket No. 39)**

   Status: Interim Order entered at Docket No. 73.  The objection deadline was March 8, 2018.  No objections were filed.  The Debtors did receive comments from counsel to the Ad Hoc Group of LC Facility Lenders and the Ad Hoc Cross-Over Group of Lenders, which comments were resolved by explanation or language incorporated in the Revised Proposed Final Order.  This matter is going forward.

   Related Documents:

   - Notice of Filing of Revised Proposed Final Order (Docket No. 187)

   - Declaration of G.M. McCarroll in Support of Debtors' Chapter 11 Petitions and Related Requests for Relief (Docket No. 42)

6. **Emergency Motion of Debtors for Interim and Final Orders Approving Postpetition Financing Arrangements, and Use of Cash Collateral  (Docket No. 45)**

   Status: Interim Order entered at Docket No. 77.  The objection deadline was March 8, 2018.  No objections were filed.  The Debtors did receive comments from counsel to certain secured parties and the DIP Lenders; which comments were resolved by explanation or language incorporated in the Revised Proposed Final Order.  This matter is going forward.

   Related Documents:

   - Notice of Filing of Revised Proposed Final Order (Docket No. 186)

   - Declaration of G.M. McCarroll in Support of Debtors' Chapter 11 Petitions and Related Requests for Relief (Docket No. 42)

   - Declaration of David Ying in Support of Emergency Motion of Debtors for Interim and Final Orders Approving Postpetition Financing Arrangements and Use of Cash Collateral (Docket No. 54)

Dated: March 12, 2018
      Houston, Texas

      /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  Matt.Barr@weil.com
Email:  Ray.Schrock@weil.com
Email:  Jessica.Liou@weil.com

*Attorneys for Debtors
and Debtors in Possession*

## Certificate of Service

I hereby certify that on March 12, 2018, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                     */s/ Alfredo R. Pérez*
                                                     Alfredo R. Pérez