UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **FIELDWOOD ENERGY LLC, et al.,**[1] | § | CHAPTER 11 |
| | § | |
| Debtors | § | CASE NO. 18-30648 (DRJ) |
| | § | (Jointly Administered) |
| | § | |

## NOTICE OF VOLUNTARY WITHDRAWAL WITHOUT PREJUDICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

On February 19, 2018, the State of Louisiana, through the Office of Mineral Resources, Department of Natural Resources ("the State") filed a Motion for Relief from the Automatic Stay [R. Doc. 110]. Pursuant to an agreement with the Debtors, the State has reserved all of its audit rights and the rights to collect unpaid monies identified by such audits following confirmation of the plan. This agreement is embodied in Paragraph 44 of Document 249 (filed March 29, 2018). Because the State expects that the Debtors' Findings of Fact, Conclusions of Law, and Order (I) Approving Debtors' Disclosure Statement and (II) Confirming Prepackaged Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors [R. Doc. 249], and particularly Paragraph 44 thereof, will be accepted by this Honorable Court and because the State does not want to hinder the acceptance of Document 249, the State hereby provides Notice to all parties that it hereby voluntarily withdraws its Motion for Relief from the Automatic Stay filed with this Honorable Court as Document 110, subject to refiling only if Paragraph 44 of Document 249 is not accepted

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Holdings LLC (9264); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

and made effective by this Court.

        Respectfully Submitted,

        **JEFF LANDRY**
        **ATTORNEY GENERAL**

By: _____
     Ryan M. Seidemann (La. Bar Roll #28991)
     Christopher J. Lento (La. Bar Roll #35614)
     Assistant Attorneys General
     Civil Division/Lands & Natural Resources
     Post Office Box 94005
     Baton Rouge, Louisiana 70804-9005
     TEL: (225) 326-6085
     FAX: (225) 326-6099